# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

130871

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DONNA JOSEPH, a/k/a DONNA
YOUNG-JOSEPH,
      Plaintiff-Appellant,

v

                            SC: 130871
                            COA: 257651

DENNY'S, INC., and CRYSTAL
CARPET CARE, INC.,                Kent CC: 03-005528-NO
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006                                  _____
                                                Clerk

l0724